AO 451  (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, <br> *Plaintiff* <br> v. <br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br> *Defendant* | Civil Action No. 20-00129 (RC) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 08/02/2023.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 09/01/2023

ANGELA D. CAESAR, CLERK OF COURT

Stacy Scull
Digitally signed by Stacy Scull
Date: 2023.09.01 11:21:51 -04'00'

*Signature of Clerk or Deputy Clerk*