

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

TELEPHONE: 714/384 4750
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Peter J. Keane

September 5, 2023

pkeane@pszjlaw.com
302.778.6462

**VIA EMAIL**

Randall C. Lohan
Clerk
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
**Registration of Judgment from Another District**.

Dear Mr. B██████:

We write on behalf of Saint-Gobain Performance Plastics Europe ("Saint-Gobain" or "Plaintiff"), plaintiff in the matter *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*, No. 1:20-cv-00129-RC in the District Court for the District of Columbia, in which a final judgment was entered in favor of Saint-Gobain on August 3, 2023.

Per your request, below is a list of other actions against the Bolivarian Republic of Venezuela and related defendants currently pending before Judge Stark:

1:17-mc-00151-LPS
1:19-mc-00290-LPS
1:20-mc-00257-LPS
1:21-mc-00018-LPS
1:21-mc-00340-LPS
1:21-mc-00481-LPS
1:22-mc-00156-LPS
1:22-mc-00347-LPS
1:22-mc-00131-LPS
1:22-mc-00263-LPS
1:23-mc-00298-LPS
1:23-mc-00340-LPS

DOCS_DE:244580.1 68700/001



September 5, 2023
Page 2

1:23-mc-00360-LPS
1:23-mc-00361-LPS
1:23-mc-00379-LPS
1:23-mc-00378-LPS
1:22-cv-01315-LPS

Please let me know if you need any further information.  Thank you in advance for your attention to this matter.

Very truly yours,


*/s/ Peter J. Keane*

Peter J. Keane
Pachulski Stang Ziehl & Jones LLP

*Attorneys for Plaintiff*